UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJAT RAJAT, | Case No. 5:26-cv-00465-FWS-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN OF THE DESERT VIEW FACILITY, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  April 15, 2026

_____
Hon. Fred W. Slaughter
United States District Judge